```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAVELLE WALKE                  :      CIVIL ACTION
                               :
         v.                    :
                               :
JAMES CULLEN, et al.           :      NO. 05-6665
```

ORDER

AND NOW, this 18th day of October, 2011, upon consideration of the defendant's Motion for Summary Judgment (Docket No. 56), the opposition thereto, and following oral argument held on October 12, 2011, IT IS HEREBY ORDERED, that the motion is GRANTED.  Judgment is hereby ENTERED in favor of the above-named defendants and against the plaintiff.  This case is closed.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```